Jim J. Valcarce
VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
Phone: (907) 543-2744
Facsimile: (907) 543-2746
Email: Jim@bushlawyers.com
ABA # 9505011

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

JAMES MUTE & KAREN BAYAYOK,
on behalf of themselves and L.M., a minor,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

Defendants.

**COMPLAINT FOR DAMAGES**

Case NO. _____ Civil

Plaintiffs JAMES MUTE & KAREN BAYAYOK, on behalf of themselves and L.M., a minor, by and through her counsel of record, Valcarce Law Office, LLC, and hereby claims and alleges as follows:

MUTE v. UNITED STATES OF AMERICA, UNITED STATES
Pg. 1

VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

Case 3:09-cv-00124-TMB   Document 1   Filed 06/23/09   Page 1 of 4

## JURISDICTIONAL ALLEGATIONS

1. Plaintiffs are resident of the State of Alaska.

2. The acts or omissions upon which this cause is based occurred in Bethel, Alaska.

3. This suit is brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2674, and this court has exclusive jurisdiction over this action pursuant to 28 U.S.C. § 1346(b).

4. The Yukon Kuskokwim Health Corporation (YKHC) has a duty to provide reasonable medical care and quality hospital services to predominantly Alaska Native beneficiaries who reside in the Bethel Region of Alaska.

5. YKHC is a compacting entity of the Indian Health Service (IHS). Health care providers at YKHC are employees of the United States for purposes of liability under the FTCA if they are employees of YKHC acting within the scope of their employment and are carrying out the compact with the IHS at the time of the acts or omissions that give rise to the complaint.

6. At all times pertinent to this complaint, the health care providers employed by YKHC who are alleged to have acted in a negligent manner were acting within the scope of their employment with the U.S. and were also carrying out YKHC compact with the IHS.

MUTE v. UNITED STATES OF AMERICA, UNITED STATES

Pg. 2

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

Case 3:09-cv-00124-TMB   Document 1   Filed 06/23/09   Page 2 of 4

## ALLEGATIONS COMMON TO ALL CLAIMS

7. Plaintiffs reallege and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs.

8. On or about October 20, 2008, one-year-old Plaintiff visited the Yukon-Kuskokwim Health Corporation in Bethel, Alaska for sickness and fever. At around 12:30 a.m. on October 21, 2008, an IV was attempted to be placed, but the health care practitioners had difficulty, and thereafter used a flashlight to help see his veins.

9. The practitioners of YKHC placed the head of the flashlight under the child's left palm, but failed to monitor its use, and thereafter severely burned the child's palm, a second-degree burn. Thereafter, the injuries were not immediately treated.

10. The parents, James and Karen, witnessed the events and aftermath and suffered severe emotional distress, consortium and other losses and damages, identified below.

11. Plaintiffs re-allege and incorporates herein, as though they were set out in full, all allegations of the preceding paragraphs of the complaint and further alleges that the United States, through its agents and servants, including but not limited to Practitioners and caregivers, were negligent in providing care and causing the injuries outlined above.

12. The plaintiffs suffered damages including but not limited to pain and suffering, severe distress, loss of consortium, sickness, shock, inconvenience, mental anguish and emotional suffering, loss of enjoyment of life, loss of love, affection, and

MUTE v. UNITED STATES OF AMERICA, UNITED STATES

Pg. 3

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

Case 3:09-cv-00124-TMB   Document 1   Filed 06/23/09   Page 3 of 4

companionship, as well as other past and future economic and non-economic damage and loss, all to their damage in excess of $100,000.00, the exact amount to be determined at trial.

WHEREFORE, the plaintiffs pray for relief as follows:

A. An amount in excess of One Hundred Thousand Dollars ($100,000.00), the exact amount to determined at trial;

B. For costs and such other and further relief as this court deems just and equitable.

DATED at Bethel, Alaska this 17 day of July, 2009.

_____
Jim J. Valcarce
Bar No. 9505011
VALCARCE LAW OFFICE, LLC
Attorney for Plaintiffs

MUTE v. UNITED STATES OF AMERICA, UNITED STATES

Pg. 4

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

Case 3:09-cv-00124-TMB   Document 1   Filed 06/23/09   Page 4 of 4