IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES MUTE & KAREN BAYAYOK, on behalf of themselves and L.M., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | Case No. 3:09-cv-00124-TMB<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Having considered the parties' Stipulation to Dismiss with Prejudice, it is hereby ORDERED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

January 13, 2010        /s/ Timothy M. Burgess
                                  HONORABLE TIMOTHY M. BURGESS
                                  DISTRICT COURT JUDGE